DOWD, P.J., and FLOYD McBRIDE, Special Judge, concur.

Floyd L. KIRKPATRICK,
Plaintiff-Respondent,

v.

Alfred W. MUELLER, and Al Mueller Realty Company,
Defendants-Appellants.

No. 47841.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 25, 1984.

James Peter Leonard, Belleville, Ill., for defendants-appellants.

Bertram W. Tremayne, Clayton, for plaintiff-respondent.

ORDER

This is an action on a promissory note in which a jury found for plaintiff and judgment was rendered in plaintiff's favor for $12,125.91.

An extended opinion would have no precedential value. The judgment is affirmed in compliance with Rule 84.16(b).